IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MARVIN DIXON, | * |
| Plaintiff, | * |
| vs. | * |
| JUDGE JOHN D. ALLEN, | * CASE NO. 4:06-CV-95(CDL) |
| Defendant. | * |
| | * |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on February 1, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 1st day of March, 2007.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE